USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                **ORDER**

       -against-

                                                15 **CR.** 512 (RMB)

ALBERT HALLAC,
                Defendant.
-----------------------------------------------------------X

      WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 30, 2015;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

      IT IS HEREBY ORDERED that Albert Hallac's guilty plea is accepted.

      The Court will hold a conference in this matter on January 20, 2016 at 12:00 noon. Mr. Hallac may appear by telephone.

Dated: New York, New York
         January 14, 2016

                                                      **RICHARD M. BERMAN, U.S.D.J.**